UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SMALL HEARTS DAYCARE II, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | Case No.   4:09CV2132  HEA |
| ) | |
| KATHY QUICK, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

**IT IS HEREBY ORDERED** that as discovery has been stayed pending ruling on the Motion to Dismiss Case [Doc. 90], the trial setting in this matter is vacated to be reset upon ruling on said motion.

Dated this 6th day of March, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE