# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SMALL HEARTS DAYCARE CENTER II, LLC & WALTER COLEMAN, ) ) ) | |
| Plaintiff, ) | |
| v. ) | No. 4:09CV2132 HEA |
| KATHY QUICK, et al., ) ) ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs Small Hearts Daycare Center II, LLC and Walter Coleman's ("Plaintiffs") Motion to Compel Disclosure Against Kathy Quick [ECF No. 136]. Defendant Kathy Quick filed a Response in Opposition to Plaintiffs' Motion to Compel [ECF No. 141], to which Plaintiffs replied [ECF No. 142]. Pursuant to Federal Rules of Civil Procedure 26 and 37, Plaintiffs' motion is granted.

**IT IS HEREBY ORDERED** that Plaintiffs Small Hearts Daycare Center II, LLC and Walter Coleman's Motion to Compel Disclosure Against Kathy Quick [ECF No. 136] is **GRANTED,** and Defendant Quick shall disclose any and all non-redacted notice(s) of non-renewal of daycare license issued by her or her predecessor(s) since January 1, 2004.

**IT IS FURTHER ORDERED** that Plaintiffs Small Hearts Daycare Center II, LLC and Walter Coleman's request for attorney's fees is **DENIED.**

Dated this 13th day of March, 2013.

_HENRY EDWARD AUTREY_
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE